The People of the State of New York, Respondent,
against
Nelson Garcia, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Carol R. Sharpe, at plea; Kim A. Wilson, at sentencing), rendered March 10, 2015, convicting him, upon a plea of guilty, of endangering the welfare of a child, and imposing sentence.




Per Curiam.
Judgment of conviction (Carol R. Sharpe, at plea; Kim A. Wilson, at sentencing), rendered March 10, 2015, affirmed. 
Defendant's present contention that the court lacked the authority to issue an order of protection in favor of the mother of the ten-year-old victim, who was neither a victim nor a witness as defined by CPL 530.13(4), is unpreserved, since he did not object to the order of protection at sentencing or move to amend the order of protection on this ground (see CPL 470.05[2]; People v Anderson, 170 AD3d 739, 740 [2019]; People v McQuality, 112 AD3d 983 [2013]). We decline to review this issue in the exercise of our interest of justice jurisdiction, since defendant agreed to the issuance of an order of protection as part of his plea agreement (see People v Smith, 83 AD3d 1213, 1214 [2011]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 23, 2019